**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

PABLO VICTORIA-MELO, and          :
DASTENIA VICTORIA,              :
          Plaintiffs,        :
                      :
       v.              :     Civil No.:  5:25-cv-07282-JMG
                      :
                      :
TRAVELERS PROPERTY CASUALTY    :
COMPANY OF AMERICA,        :
          Defendant.      :

_____

**ORDER**

**AND NOW**, this 14ᵗʰ day of May, 2026, upon consideration of Plaintiffs' Motion to Remand and Abstain (ECF No. 6), Response in Opposition to Plaintiffs' Motion to Remand and Abstain of Defendant Travelers Property Casualty Company of American (ECF No. 9), Plaintiffs' Reply Brief in Support of Plaintiffs' Motion to Remand and Abstain (ECF No. 12), Defendant Travelers Property Casualty Company of America Supplemental Brief in Opposition to Plaintiffs' Motion to Remand and Abstain (ECF No. 14), Plaintiffs' Supplemental Brief in Support of Plaintiffs' Motion to Remand and Abstain Pursuant to Order Dated March 23, 2026 (ECF No. 15), and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Motion (ECF No. 6) is **DENIED**.

BY THE COURT:


_/s/ John M. Gallagher_____
JOHN M. GALLAGHER
United States District Court Judge