**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

PABLO VICTORIA-MELO, and          :
DASTENIA VICTORIA,                :
          Plaintiffs,          :
                              :
          v.                  :          Civil No.: 5:25-cv-07282-JMG
                              :
TRAVELERS PROPERTY CASUALTY        :
COMPANY OF AMERICA,               :
          Defendant.           :

_____

**ORDER**

**AND NOW,** this 28ᵗʰ day of May, 2026, upon consideration of the Motion to Dismiss Complaint for Failure to State a Claim of Defendant Travelers Property Casualty Company of America (ECF No. 5) and Plaintiffs' Answer to Defendant's Motion to Dismiss (ECF No. 8), **IT IS HEREBY ORDERED** the Motion (ECF No. 5) is **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED** that Plaintiffs' shall have until **June 11, 2026**, file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

BY THE COURT:

_/s/ John M. Gallagher_____
JOHN M. GALLAGHER
United States District Court Judge